Name and address:

Daniel R. Sallus, Esq., State Bar No. 306077
   dsallus@stonesalluslaw.com
Jessica C. Wright, State Bar No. 273380
   jwright@stonesalluslaw.com
STONE & SALLUS, LLP
1500 Rosecrans Ave., Suite 500
Manhattan Beach, California 90266

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADDE MIKHAIL,<br><br>                v.    PLAINTIFF(S)<br><br>DERRIUS GUICE, an individual, et al.<br><br>                  DEFENDANT(S) | CASE NUMBER:<br><br>2:20-cv-03028 RSWL(JEMx)<br><br>**REQUEST FOR APPROVAL OF<br>SUBSTITUTION OR WITHDRAWAL<br>OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Daniel R. Sallus, Esq.      CA Bar Number: 306077

Firm or agency: Stone & Sallus, LLP

Address: 1500 Rosecrans Avenue, Suite 500, Manhattan Beach, CA 90266

Telephone Number: (310) 889-0233    Fax Number: (310) 889-0230

E-mail: dsallus@stonesalluslaw.com

Counsel of record for the following party or parties: Fadde Mikhail, Pro Se

Other members of the same firm or agency also seeking to withdraw: Jessica C. Wright, Esq. (CA Bar Number 273380)

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☒ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Fadde Mikhail            CA Bar Number: _____

Firm or agency: _____

Address: 29935 Rainbow Crest Dr. Agoura Hills, CA. 91301

Telephone Number: 310-740-2115      Fax Number: _____

E-mail: Fadde@FaddeMikhail.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 7/9/2020        Signature: [signed]

Name: Daniel Salles

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____        Signature: _____

Name: _____

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☒ representing myself *pro se* in this case.

Date: 7-9-20        Signature: [signed]

Name: Fadde Mikhail

Title: _____

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed the foregoing document: **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL.**

Parties in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have served the foregoing document by First-Class Mail and electronic transmission to the following non-CM/ECF parties:

Fadde Mikhail
*fadde@faddemikhail.com*
29935 Rainbow Court Dr.
Agoura Hills, CA 91301
Plaintiff

Dated: July 10, 2020                                /s/ Evan Nakano
                                                    Evan Nakano

---

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

**2:20-CV-0328 RSWL(JEMx)**

1

Stone & Sallus, LLP
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266